THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DENNIS A. CHAMPAGNE, JR.,

    Petitioner

v.

DAVID EBBERT, WARDEN,

    Respondent

3:16-CV-1122
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 31st DAY OF May, 2019, upon review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 11) for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 11) is **ADOPTED** for the reasons explained therein.

2. Dennis A. Champagne, Jr.'s Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of Court is directed to **CLOSE** the case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge